# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Lukeus Scott, | ) |
|         Plaintiff, | ) **ORDER** |
| vs. | ) |
| Hydra-Walk, Inc.; and Key Energy Services, Inc. d/b/a Hydra-Walk, Inc., | ) Case No. 1:18-cv-073 |
|         Defendants. | ) |

The status conference scheduled for September 18, 2019, shall be rescheduled for September 30, 2019, at 9:00 a.m. by telephone. To participate in the conference call, counsel should call the following telephone number and enter the following access code:

Tel. No.: (877) 810-9415
Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 2nd day of August, 2019.

                                            */s/ Clare R. Hochhalter*
                                            Clare R. Hochhalter, Magistrate Judge
                                            United States District Court